**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robinson Daniel BRIZUELA MEJIAS,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR, OTAY MESA DETENTION CENTER, et al.,<br><br>Respondents. | Case No.:  26-cv-2363-AGS-MMP<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2)** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention, and he moves to proceed without paying the filing fee—known as proceeding *in forma pauperis* ("IFP"). Typically, parties seeking a writ of habeas corpus must pay a $5 filing fee. *See* 28 U.S.C. § 1914(a). But an action may proceed without payment if the court grants leave to proceed IFP. *See Hymas v. U.S. Dep't of the Interior*, 73 F.4th 763, 765 (9th Cir. 2023) (holding that when an "IFP application is denied altogether, Plaintiff's case [cannot] proceed unless and until the fee[s] [a]re paid"). Although the filing fee is only $5, petitioner claims to have "0.00" (ECF 2, at 1–2), so the IFP request is granted.

For this petition, the Court adopts the Standard Procedures from Chief Judge Order No. 144. So, respondents' answer is due **April 23, 2026**, and petitioner's reply is due **April 30, 2026**. The Court sets oral argument for **May 4, 2026, at 2:00 p.m**. Respondents' counsel is responsible for coordinating petitioner's in-person participation. And in its answer, respondents' counsel must notify the Court as to whether petitioner will require an interpreter at the hearing and, if so, which language.

Dated:  April 16, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-2363-AGS- MMP