UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINSON DANIEL BRIZUELA MEJIAS,<br><br>                   Petitioner,<br><br>v.<br><br>DIRECTOR, OTAY MESA DETENTION CENTER, et al.,<br><br>                   Respondents. | Case No.:  26-cv-2363-AGS-MMP<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Robinson Brizuela Mejias seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He requests "immediate release" from detention (ECF 1, at 4), and "the government does not oppose the petition" (ECF 5, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 23, 2026

Hon. Andrew G. Schopler
United States District Judge